THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Kenthy Hemphill, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2009-UP-424
 Submitted September 1, 2009  Filed
September 3, 2009    

APPEAL DISMISSED

 
 
 
 Deputy
 Chief Appellate Defender Wanda
 H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  While on probation for distribution of
 cocaine, first offense, Kenthy Hemphill was arrested for possession with intent
 to distribute (PWID) cocaine and PWID cocaine within proximity of a school. 
 Immediately after accepting Hemphill's guilty plea on the PWID charges, the
 plea court revoked Hemphill's probation on the earlier distribution charge. 
 Hemphill appeals, arguing the plea court erred in holding a probation
 revocation hearing immediately after the plea hearing.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Hemphill's appeal and grant counsel's petition to be relieved.  
APPEAL DISMISSED.
HUFF, THOMAS, and PIEPER,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.